```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE F. NARANJO-PEREZ,

        Plaintiff,

    v.

LEE HATCHER; FOODLINER INC.,

        Defendants.

16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming post-discovery conference in person. Counsel should still submit their joint letter by July 10, 2020, as directed in the Court's March 19th Order, Dkt. 37, and the Case Management Plan, Dkt. 8. The Court will hold the conference by telephone. The dial-in information for the conference is provided below:

    Call-In Number: (888) 363-4749

    Access Code: 1015508

In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

    Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    July 8, 2020
          New York, New York

                        RONNIE ABRAMS
                        United States District Judge