UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:    3-3-21
```

JOSE F NARANJO-PEREZ,

                    Plaintiff,

        v.

LEE HATCHER, *et al.*,

                  Defendants.

16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties have represented that they require an additional three weeks to complete depositions due to the unforeseen need to engage a new expert witness.  Accordingly, the Court will extend the parties' deadline to complete expert discovery until March 29, 2021.  The post-discovery conference, currently scheduled for March 5, 2021, is hereby adjourned until April 2, 2021 at 3:00 pm.  No further extensions or adjournments will be granted.

SO ORDERED.

Dated:    March 3, 2021
           New York, New York

RONNIE ABRAMS
United States District Judge