UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE F NARANJO-PEREZ,

                Plaintiff,

      v.

LEE HATCHER, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-1-21

16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The post-discovery conference currently scheduled for Friday, April 2, 2021 at 3:00 pm, is hereby rescheduled for Friday, April 2, 2021 at 11:00 am. The call-in information remains the same.

SO ORDERED.

Dated:    April 1, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge