USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-5-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE F. NARANJO-PEREZ,

                Plaintiff,

v.

LEE HATCHER, *et al.*,

                Defendants.

16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed during Friday's conference, Plaintiff's motion for summary judgment shall be filed no later than April 30, 2021. Defendants' opposition shall be filed no later than May 28, 2021. Plaintiff's reply shall be filed no later than June 11, 2021.

SO ORDERED.

Dated:    April 5, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge