USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-6-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE F. NARANJO-PEREZ,

               Plaintiff,

v.

LEE HATCHER and FOODLINER INC.,

               Defendants.

16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      According to the Court's order of April 5, 2021, Plaintiff's motion for summary judgment was due on April 30, 2021. Dkt. 49. No motion for summary judgment was filed. Accordingly, this case will proceed to trial. No later than May 13, 2021, the parties shall file a joint letter advising the Court of their availability for trial between July and December, 2021.

SO ORDERED.

Dated:    May 6, 2021
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge