UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-14-21

JOSE F. NARANJO-PEREZ,

            Plaintiff,

v.

LEE HATCHER, and FOODLINER INC.

            Defendants.

16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The following is hereby ORDERED:

    The parties shall be prepared to try this case on October 25, 2021. The Court notes, however, that although it will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time. In any event, in accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by September 20, 2021; any oppositions shall be filed by September 27, 2021; and any replies shall be filed by October 4, 2021. A final pretrial conference is scheduled for October 18, 2021 at 9:00 am

SO ORDERED.

Dated:    May 14, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge