UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/04/21
```

Jose Naranjo-Perez,

      Plaintiff

  v.

Lee Hatcher and Foodliner Inc.,

      Defendants.

No. 16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Plaintiff's counsel contacted the Court today, October 4, 2021, requesting an emergency conference in this case to discuss complications regarding Plaintiff's primary expert witness. Plaintiff's counsel represented that Defendants' counsel consented to Plaintiff's counsel contacting the Court and consented to holding an emergency conference.

  A conference to discuss the emergency circumstances and trial deadlines will be held telephonically tomorrow, October 5, 2021 at 11:30 a.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated: October 4, 2021
    New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge