UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/13/21
```

Jose F Naranjo-Perez,

                Plaintiff,

v.

Lee Hatcher & Foodliner Inc.

                Defendants.

No. 16-CV-5672 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    At the conference held on October 5, 2021, the parties discussed adjourning the trial scheduled for October 25 to April 11, 2022, and filing a proposed stipulation between the parties that no additional or amended claims would be filed in the interim.

    IT IS HEREBY ORDERED that if the parties still intend to adjourn the trial until April, they shall submit a letter or proposed stipulation and order no later than October 15, 2021, so that this Court may formally adjourn the trial.

SO ORDERED.

Dated:    October 13, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge